

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00368-CV

**IN THE INTEREST OF X.J.R., A.W.R., Z.N.B., L.K.B., AND G.E.B.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01964
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellant Mother L.W. filed her brief on October 2, 2020. Appellee Department of Family and Protective Services filed its appellee's brief on October 19, 2020. Appellee George R., who was appointed possessory conservator of X.J.R. and A.W.R., has not filed an appellee's brief. If Appellee George R. desires to file an appellee's brief, he must do so on or before **November 2, 2020**. Otherwise, this appeal will be set "at issue" ten days from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court